AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas



| | |
|---|---|
| MICHAEL SCOTT HANSON<br>*Plaintiff*<br>v.<br>CITY OF GONZALES, TEXAS, ET.AL.<br>*Defendant* | )<br>)<br>) Civil Action No. SA-17-CV-447-DAE<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   ORDER GRANTING the City and the County's Motions to Dismiss (Dkts. ## 3, 4). To the extent Plaintiff's raises claims arising under 42 U.S.C. § 1983 and the Constitution of the United States, they are DISMISSED WITH PREJUDICE. Plaintiff's remaining claims under state law are DISMISSED WITHOUT PREJUDICE. CLERK'S JUDGMENT is entered, and this CASE IS CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra.

Date:   07/10/2017

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*